IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORP., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO 2:04-cv-1206-F |
| ) | WO |
| KAREN SMITH, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This cause is before the Court on Plaintiffs' Application for Entry of Default Judgment by the Court filed on April 8, 2005. (Doc. # 9). By their motion, Plaintiffs seek a default judgment against the defendant Karen Smith (hereinafter "Defendant"), an award of statutory damages in the amount of $6,000.00, costs in the amount of $290.60, and permanent injunctive relief. A default was entered against Defendant by the Clerk of the Court on March 28, 2005. (Doc. # 8). Although given an opportunity to do so, Defendant has not objected to an entry of default judgment and the award of damages, costs and injunctive relief against her.[1] Accordingly, upon consideration of the motion and for good cause, it is hereby

ORDERED that the motion (Doc. # 9) is GRANTED.

---

[1] *See* Doc. # 10 (Order directing defendant to respond to the motion for default judgment and advising her that "failure to file a written objection by [April 25, 2005] shall indicate that there is no opposition to the motion.").

An appropriate judgment will be entered in accordance with this Order.

DONE this 3rd day of May, 2005.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE