IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORP., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO 2:04-cv-1206-F |
| ) | WO |
| KAREN SMITH, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby entered in favor of the Plaintiffs and against the Defendant.

2. Pursuant to 17 U.S.C. § 504(c)(1), Plaintiffs shall have and recover the sum of $6,000.00 in statutory damages from Defendant for violation of federal copyright laws, 17 U.S.C. § 101, *et seq.*

3. Pursuant to 17 U.S.C. § 505, Plaintiffs shall have and recover the sum of $290.60 in costs from Defendant.

4. Pursuant to 17 U.S.C. § 502(a), Defendant is hereby enjoined from directly or indirectly infringing upon Plaintiffs' rights under federal or state law in the following eight copyrighted sound recordings:

    a.    "In the Air Tonight" on album "Face Value" by artist "Phil Collins" (SR #24-682)
    b.    "Like a Rock" on album "Like a Rock" by artist "Bob Seger" (SR #76-353)
    c.    "I Cross My Heart" on album "Pure Country" by artist "George Strait" (SR #146-421)
    d.    "When I Need You" on album "Endless Flight" by artist "Leo Sayer" (SR #N37784)
    e.    "Put Yourself In My Shoes" on album "Put Yourself In My Shoes" by artist "Clint Black" (SR #126-556)
    f.    "Take It on the Run" on album "Hi Infidelity" by artist "Reo Speedwagon" (SR #24-298)
    g.    "Comfortably Numb" on album "The Wall" by artist "Pink Floyd" (SR #14-787)
    h.    "Carried Away" on album "Blue Clear Sky" by artist "George Strait" (SR #221-625)

and in any other sound recordings, whether now in existence or later created, that are owned or controlled by Plaintiffs or any parent, subsidiary, or affiliate record label of Plaintiffs ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

    5.    Defendant shall destroy all copies of Plaintiffs' Recordings that she has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in her possession, custody, or control.

    The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of May, 2005.

                                                  /s/ Mark E. Fuller  
                                      CHIEF UNITED STATES DISTRICT JUDGE